**COX, WOOTTON, LERNER**
**GRIFFIN & HANSEN LLP**
LYNN L. KRIEGER (SBN 209592)
  LKrieger@cwlfirm.com
MATTHEW MIHALY (SBN 302697)
  MMihaly@cwlfirm.com
900 Front Street, Suite 350
San Francisco, CA  94111
  T: 415-438-4600
  F: 415-438-4601
Attorneys for Plaintiff-in-Limitation
JOSEPH ZEITER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Complaint of JOSEPH ZEITER as the owner of a certain Yellow 2021 Sea-Doo GTI SE 170, CF 3265 VV and as owner of a certain Blue 2021 Sea-Doo GTI SE 130, CF 3266 VV<br><br>For Exoneration from or Limitation of Liability. | Case No. 2:26-cv-1259 WBS CSK<br><br>**ORDER DIRECTING ISSUANCE OF MONITION AND INJUNCTION; ISSUING NOTICE; AND, APPROVING *AD INTERIM* STIPULATION FOR VALUE** |
| --- | --- |

WHEREAS a complaint was filed in this Court by Plaintiff-in-Limitation JOSEPH ZEITER ("Plaintiff-in-Limitation"), as owner of a certain Yellow 2021 Sea-Doo GTI SE 170, California Vessel Registration No. CF 3265 VV, Serial Number YDV96840F121 and as owner of a certain Blue 2021 Sea-Doo GTI SE 130, California Vessel Registration No. CF 3266 VV, Serial Number YDV96381F121 (hereinafter "the Vessels"), seeking exoneration from, or limitation of, liability as provided for by statute, for all losses, injuries, damages, and deaths resulting or arising from the Vessels voyage on May 24, 2025;

WHEREAS appearing from the Plaintiff-in-Limitation's complaint that the combined value of the Vessels at the end of the voyage on May 24, 2025, did not

RULE F ORDER

exceed TWENTY-EIGHT THOUSAND, FIVE-HUNDRED and SIXTY-TWO DOLLARS, and EIGHTY-TWO CENTS ($28,562.82), and that claims may be asserted against the Plaintiff-in-Limitation for loss, injuries, damage, or death, and that said claims are subject to limitation in the action now on file in this Court;

WHEREAS Plaintiff-in-Limitation filed an *Ad Interim* Stipulation for Value with Letter of Undertaking in the amount of TWENTY-EIGHT THOUSAND, FIVE-HUNDRED and SIXTY-TWO DOLLARS, and EIGHTY-TWO CENTS ($28,562.82) with interest at six percent (6%) per annum, as security for the amount or value of the Plaintiff-in-Limitation's interest in the Vessels, if any;

WHEREAS the Memorandum of Points and Authorities attached to Plaintiff-in-Limitation's Complaint represented that, "included in the Letter of Undertaking Plaintiff-in-Limitation has provided security for costs in the amount of" ONE THOUSAND DOLLARS ($1,000.00) (Docket No. 1-3 at 4) as required by E.D. L.R. 520(b), and the Letter of Undertaking provides that it (the letter) "shall serve as security for costs within the meaning of Rule F(1) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims and the Court's Rules" (Docket No. 2-1 at 2);

**IT IS HEREBY ORDERED** that the above-described *Ad Interim* Stipulation for Value with Letter of Undertaking filed by the Plaintiff-in-Limitation with the Court for the benefit of claimants, in the sum of TWENTY-EIGHT THOUSAND, FIVE-HUNDRED and SIXTY-TWO DOLLARS, and EIGHTY-TWO CENTS ($28,562.82) with interest at six percent (6%) per annum, as security for the amount or value of the Plaintiff-in-Limitation's interest in the Vessels, if any, and as security for costs, is hereby approved;

**IT IS HEREBY ORDERED** that a notice and monition hereby issues out of, and under the seal of, this Court to and against all persons and entities claiming losses, damages, injuries, or death resulting or arising from the subject voyage of the Vessels on May 24, 2025, admonishing them to appear and file their respective

claims and answers with the Clerk of this Court on or before 60 days after the filing of this Order, and to make due proof of their respective claims in such manner as may hereinafter be directed by further order of this Court, with liberty to any claimants who have duly filed their claims to answer the Plaintiff-in-Limitation's Complaint and to file such answer with the Clerk of this Court on or before the date specified above at U.S. District Court, Eastern District of California, Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, 95814, and serve on or mail a copy thereof to Plaintiff-in-Limitation's attorneys, Lynn L. Krieger and Matthew Mihaley, 900 Front Street, Suite 350, San Francisco, CA 94111, or be DEFAULTED AND FOREVER BARRED;

**IT IS HEREBY ORDERED** that the Plaintiff-in-Limitation shall give public notice of said monition pursuant to Federal Rules of Civil Procedure, Supplemental Rule F(4) for Certain Admiralty and Maritime Claims, by causing such notice to be published in a newspaper of general circulation in Sacramento, California, once per week for four consecutive weeks prior to the deadline set out above for the filing of claims.  The form of the notice shall conform substantially with the Notice to Claimants of Limitation of Liability Action and notice for publication concurrently submitted by the Plaintiff-in-Limitation, and included in its pleadings, and is approved by this Court;

**IT IS FURTHER ORDERED** that not later than the date of the second publication of said notice, the Plaintiff-in-Limitation shall mail a copy of said notice to every person and entity known to have made any outstanding claim against the Plaintiff-in-Limitation or the Vessels arising from the subject voyage;

**IT IS FURTHER ORDERED** that the institution or prosecution of any suit, action, or other legal or administrative proceeding of any nature in any venue (outside these proceedings) against the Plaintiff-in-Limitation or the Vessels, regarding any claim resulting or arising from the subject voyage ARE HEREBY ENJOINED, STAYED, AND RESTRAINED, said injunction to remain in effect until the

determination of this action in this Court;

**IT IS FURTHER ORDERED** that service of this order as an Injunction shall be made by delivering a copy hereof to the person or persons to be enjoined, or to their respective attorneys or representatives.

**SO ORDERED.**

Dated:  June 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE