**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of the Complaint of JOSEPH ZEITER as the owner of a certain Yellow 2021 Sea-Doo GTI SE 170, CF 3265 VV and as owner of a certain Blue 2021 Sea-Doo GTI SE 130, CF 3266 VV<br><br>For Exoneration from or Limitation of Liability. | **Case No.: 2:26-cv-01259-WBS-CSK**<br><br>**Hon. William B. Shubb**<br><br>**ORDER RE REQUEST FOR CONTINUANCE OF AUGUST 10, 2026 SCHEDULING CONFERENCE** |

This Court has considered Plaintiff-in-Limitation JOSEPH ZEITER's request to continue the August 10, 2026 Case Management Conference (Docket #5).

JOSEPH ZEITER is the only party in this action and the deadline for other parties to appear has not yet passed (Docket #9). JOSEPH ZEITER anticipates appearances and claims by other parties. After appearances by other parties, JOSEPH ZEITER will seek the Court's entry of default against claims by any parties that have not appeared.

Following the above events, the parties in this action will be in a position to file e Joint Status Report.

GOOD CAUSE THEREFORE APPEARING, Court postpones the August 10, 2026 Scheduling Conference to **November 2, 2026 at 1:30 p.m.** to allow the appearances of other parties, entry of default, and submission of a Joint Status Report.

Dated: July 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE