UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In the Matter of the Complaint of JOSEPH ZEITER as the owner of a certain Yellow 2021 Sea-Doo GTI SE 170, CF 3265 VV and as owner of a certain Blue 2021 Sea-Doo GTI SE 130, CF 3266 VV,

For Exoneration from or Limitation of Liability.

No. 2:26-cv-01259 WBS CSK

ORDER

----oo0oo----

Because the parties have failed to timely submit a Joint Status Report in accordance with this court's April 1, 2026 Order (Docket No. 5 at 2), the Scheduling Conference set for November 2, 2026 is hereby CONTINUED to November 16, 2026, at 1:30 p.m..

IT IS SO ORDERED.

Dated: October 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE