UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| In the Matter of the Complaint of JOSEPH ZEITER as the owner of a certain Yellow 2021 Sea-Doo GTI SE 170, CF 3265 VV and as owner of a certain Blue 2021 Sea-Doo GTI SE 130, CF 3266 VV,<br><br>For Exoneration from or Limitation of Liability. | No. 2:26-cv-01259 WBS CSK<br><br>ORDER |

----oo0oo----

Because of the pending interlocutory appeal in In re Leggitt, No. 2:26-cv-00532 WBS CSK (filed Feb. 20, 2026), an action involving the same facts and parties, the parties' joint request for a continuance of the November 16, 2026 Scheduling Conference is GRANTED.[1] Accordingly, the Scheduling Conference set for November 16, 2026 is hereby CONTINUED to 1:30 p.m. on

[1] The parties also state that "consolidating the two actions would promote efficiency," and they intend to coordinate discovery across both. (Joint Status Report at 2.) Any party may submit a motion to consolidate. Fed. R. Civ. P. 42(a)(2).

February 16, 2027.

IT IS SO ORDERED.

Dated: November 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE